JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CONSTRUCTION LABORERS PENSION TRUST FOR SOUTHERN CALIFORNIA,<br><br>            Plaintiff,<br><br>      v.<br><br>MCEC, INC., a California corporation, and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No.  2:21-cv-04175-KES<br><br>**JUDGMENT** |

On April 21, 2025, Plaintiff Board of Trustees of the Construction Laborers Pension Trust for Southern California ("**Plaintiff**") moved pursuant to FRCP Rule 56 for an order granting summary judgment as to its Second Amended Complaint.

On August 7, 2025, the Court, having considered Plaintiff's motion for summary judgment and finding good cause therefor, granted Plaintiff's motion.

Pursuant to the Court's order granting Plaintiff's motion for summary judgment, it is ORDERED AND AJUDGED as follows:

1.    Judgment is entered in favor of Plaintiff and against Defendant MCEC, Inc.

2.    Plaintiff is awarded the following:

    a.    Damages in the amount of $181,728.38 for the principal amount of unpaid withdrawal liability;

    b.    Interest on the full amount of the unpaid withdrawal liability ($181,728.38) pursuant to ERISA §§4219(c)(5)-(6) and 502(g)(2), 29 U.S.C. §§1399(c)(5) and (6) and 1132(g)(2), at the rate of 10% simple interest per annum (resulting in a daily rate of $49.78) from June 4, 2021 (the date Plaintiff deemed Defendant to be in default) to entry of Judgment.  Plaintiff is therefore awarded $76,611.42 for the time period from June 4, 2021, to August 22, 2025 (1539 days) and additional $49.78 per day from August 22, 2025, to entry of Judgment.

    c.    Liquidated damages pursuant to ERISA §§4301(b) and 502(g)(2), 29 U.S.C. §§1451(b) and 1132(g)(2), equal to interest accrued on the full amount of the unpaid withdrawal liability ($181,728.38) at the Plan rate of 7.5% per annum (resulting in a daily rate of $37.34 per day) from May 31, 2018 (the due date of the first withdrawal installment payment that was not made) to entry of Judgment.

1           Plaintiff is therefore awarded $98,540.26 for the time period from
2      May 31, 2018, to August 22, 2025 (2639 days), and an additional
3      $37.34 per day from August 22, 2025, to entry of Judgment.

4       3.    Plaintiff's request for attorneys' fees and costs pursuant to ERISA
5 §§4301(e) and 502(g), 29 U.S.C. §§1451(e) and 1132(g), shall be separately
6 determined through a motion brought pursuant to Federal Rule of Civil Procedure
7 54.

8      IT IS SO ORDERED.

9

10 DATED:  August 27, 2025

*Karen E. Scott*

11 HON. KAREN E. SCOTT
U.S. MAGISTRATE JUDGE

- 3 -

JUDGMENT
2:21-CV-04175-KES