JAMES L I MILLER, PROF CORP
James L. Miller (SBN 123944)
3419 Via Lido, Unit 195
Newport Beach, CA  92663
Tel: 949/675-3590  Fax: 949-610-7721
jlimesq@dslextreme.com

Attorneys for M.C.E.C., Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CONSTRUCTION LABORERS PENSION TRUST FOR SOUTHERN CALIFORNIA | Case No. 2:21-cv-04175  KES |
| Plaintiffs, | **MCEC'S OBJECTION AND OPPOSITION TO ATTORNEY'S FEES MOTION** |
| v. | |
| M.C.E.C., INC. | Hon. Karen Scott   Courtroom 6D |
| Defendant. | |

TO THE COURT AND PARTIES AND THEIR ATTORNEYS:

Pursuant to In-chambers order of September 11, 2025, and following a Meet and Confer on September 25th, MCEC, Inc. hereby files and serves the following objections to the amount of fees which plaintiff seeks to recover, as unreasonable.

A. Defendant objects that plaintiff seeks to recover its attorney's fees for twice-amending its complaint.  While the amount of hourly billing by plaintiff's attorneys seems quite high, in turn they should be professionals and should be drafting notice pleadings that are un-objectionable.  Wherefore, MCEC requests that the court strike $68,008.88 (from initial date on bill through May 10, 2024

Opposition to Attorney Fee Motion

when the Opposition to second Motion to Dismiss was finalized) from the fee bill, as MCEC should not have to pay for plaintiff to get its pleading correct;

B.  The amount of billing for some work is unreasonable.  For example, reviewing an email is universally billed at .25 hours, and amounts to almost $200, and it is presumed that 2 attorneys at least are reviewing the same email, and both of them billing for that time.

October 2, 2025

_____

James L. Miller

Opposition to Attorney Fee Motion

PROOF OF SERVICE

State of California, County of Orange

At the time of service, I was over the age of 18 years and not a party to this action. My business address is 3419 Via Lido, #195, Newport Beach, CA 92663.

On October 2, 2025 I served the following document(s):

**MCEC'S OBJECTION AND OPPOSITION TO ATTORNEY'S FEES MOTION**

The documents were served upon the following persons at the addresses:
Dwayne McKenzie, Esq.
Castle & Nicholson LLP
2029 Century Park East, #2100
Los Angeles, CA 90067

The documents were served by the following means:

[   ] (By U.S.Mail) I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and:

[   ] Placed the envelope or package for collection and mailing, following ordinary business practices. I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, on the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S.Postal Service, in a sealed envelope or package with the postage fully prepaid.

[   ] (By Overnight Delivery) I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses listed above. I placed the envelope or package for collection and delivery at an office or regularly used drop box of the overnight delivery carrier.

[ X ] (By Electronic Transmission to dmckenzie@coxcastle.com.

[   ] (By Personal Service) I caused the envelope or package to be personally delivered to the persons at the addresses listed above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on __10/2_, 2025 at Newport Beach, California.


_____/s/_____