UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 29 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

BOARD OF TRUSTEES OF THE
CONSTRUCTION LABORERS PENSION
TRUST FOR SOUTHERN CALIFORNIA,

Plaintiff - Appellee,

v.

MCEC, INC., a California corporation,

Defendant - Appellant,

DOES, 1 through 10, inclusive,

Defendant.

No. 26-2259

D.C. No. 2:21-cv-04175-KES
Central District of California,
Los Angeles

ORDER

The motion (Docket Entry No. 3) to withdraw as counsel is granted. The

clerk will amend the docket to reflect that James Miller is no longer counsel of

record for appellant.

A corporation must be represented by counsel. *See D-Beam Ltd. Partnership*

*v. Roller Derby Skates, Inc.*, 366 F.3d 972 (9th Cir. 2004). Within 28 days after the

date of this order, appellant's new counsel shall file a notice of appearance with the

court. A new briefing schedule will be established upon compliance with this

order.

Failure to comply with this order will result in the dismissal of this appeal by

the clerk for failure to prosecute. *See* 9th Cir. R. 42-1.

The clerk will provide a copy of this order to appellant at the following address: MCEC, Inc., ATTN: Maurice Maalouf, 900 W. 10th St., Azusa, CA 91702.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

26-2259